# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

| | |
|---|---|
| **HONEYFUND.COM, INC., CHEVARA ORRIN,** and **WHITESPACE CONSULTING, LLC D/B/A COLLECTIVE CONCEPTS, LLC**, <br><br> Plaintiffs, <br><br> v. <br><br> **RON DESANTIS**, *in his official capacity as Governor of Florida*; **ASHLEY MOODY**, *in her official capacity as Attorney General of Florida*, **DARRICK MCGHEE**, *in his official capacity as the Chair of the Florida Commission on Human Relations,* et al. <br><br> Defendants. | Case No. 4:22-cv-227 <br><br> JURY TRIAL DEMANDED |

## NOTICE OF A PRIOR OR SIMILAR CASE

The undersigned give notice that the present case "involves issues of fact or law in common with the issues in another case pending in the District." N.D. Fla. Loc. R. 5.6(B). On April 22, 2022, Donald Falls et al. filed a complaint for declaratory and injunctive relief against Ron DeSantis, in his official capacity as Governor of the State of Florida, and his agents. *Falls, et al. v. DeSantis, et al.*,

No. 4:22-cv-01166 (N.D. Fla. Apr. 22, 2022). The present case involves issues of fact or law in common with the issues in *Falls* v. *DeSantis*.

Dated: June 22, 2022

Respectfully submitted,

By: */s/ Shalini Goel Agarwal*

Shalini Goel Agarwal
Fla. Bar No. 90843
THE PROTECT DEMOCRACY PROJECT
Pennsylvania Ave. NW, Suite 163
Washington, DC 20006
(202) 579-4582
shalini.agarwal@protectdemocracy.org

Sara Chimene-Weiss*
THE PROTECT DEMOCRACY PROJECT
15 Main St., Suite 312
Watertown, MA 02472
Tel: (202) 934-4237
sara.chimene-weiss@protectdemocracy.org

John Langford*
Rachel Goodman*
THE PROTECT DEMOCRACY PROJECT
82 Nassau Street, #601
New York, NY 10038
Tel: (202) 579-4582
john.langford@protectdemocracy.org
rachel.goodman@protectdemocracy.org

Douglas Hallward-Driemeier*
ROPES & GRAY LLP
2099 Pennsylvania Avenue, NW
Washington, DC 20006-6807
Tel: (202) 508-4776
Douglas.Hallward-Driemeier@ropesgray.com

2

Amy Jane Longo*
ROPES & GRAY LLP
10250 Constellation Blvd
Los Angeles, CA 90067
Tel: (310) 975-3269
Amy.Longo@ropesgray.com

*derechos *Pro hac vice application forthcoming*

**Counsel for Plaintiffs**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to the following parties via electronic mail;

- Megan Marie Wold, Counsel for the Governor and the Attorney General, mwold@cooperkirk.com,
- Charles Justin Cooper, Counsel for the Governor, ccooper@cooperkirk.com,
- John D. Ohlendorf, Counsel for the Governor, johlenddorf@cooperkirk.com,
- John D. Ramer, Counsel for the Governor, jramer@cooperkirk.com,
- Alannah Lee Shubrick, Counsel for the Attorney General,
- alannah.shubrick@myfloridalegal.com,
- Timothy Leeds Newhall, Counsel for the Attorney General,
- timothy.newhall@myfloridalegal.com,
- Cheyanne Costilla, Chief Legal Counsel of the Florida Commission on Human Relations, cheyanne.costilla@fchr.myflorida.com.

*/s/ Shalini Goel Agarwal*
**Shalini Goel Agarwal**