IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**HONEYFUND.COM, INC., PRIMO TAMPA, LLC, et al.,**

    Plaintiffs,

v.                                          Case No. 4:22-cv-227-AW-MAF

**RON DESANTIS, in his official capacity as Governor of Florida; ASHLEY MOODY, in her official capacity as Attorney General of Florida; et al.,**

    Defendants.

_____/

## ORDER FOR REASSIGNMENT

The issue in this case is whether a new provision of Florida law—§ 768.10(8)—violates the United States Constitution. ECF No. 17. That issue is also presented in another case pending in this Court, *Falls v. DeSantis*, Case No. 4:22-cv-166-MW. *See also* Notice of a Prior or Similar Case, ECF No. 5. Plaintiffs in both cases contend that the provision violates the First and Fourteenth Amendments.

Because the two cases raise the same issue and challenge the same provision—and consistent with the longstanding practice in this Court—I direct that this case be reassigned to the judge presiding over the earlier-filed case, Case No. 4:22-cv-166-MW.

1

SO ORDERED on July 1, 2022.

                                               s/ *Allen Winsor*
                                               United States District Judge