# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

| | |
|---|---|
| HONEYFUND.COM, INC., et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>RON DESANTIS, in his official capacity as Governor of Florida, et al.,<br><br>*Defendants*. | Case No. 4:22-cv-227-MW/MAF |

## DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' COMPLAINT

Pursuant to FEDERAL RULES OF CIVIL PROCEDURE 12(b)(1) and 12(b)(6), Defendants move to dismiss Plaintiffs' complaint. The Governor is not a proper defendant to any of Plaintiffs' claims, so he must be dismissed from the case. Moreover, Plaintiffs' claims should be dismissed in their entirety for failure to state a claim, for the reasons articulated in Defendants' Memorandum in Opposition to Plaintiffs' Motion for Preliminary Injunction.

| | |
|---|---|
| Date: July 21, 2022 | Respectfully submitted, |
| Timothy L. Newhall<br>*Special Counsel*<br>Complex Litigation<br>Office of the Attorney General<br>The Capitol, PL-01<br>Tallahassee, FL 32399-1050<br>Telephone: (850) 414-3300<br>timothy.newhall@myfloridalegal.com | /s/ Charles J. Cooper<br>Charles J. Cooper (Bar No. 248070DC)<br>John D. Ohlendorf (*Pro Hac Vice*)<br>Megan M. Wold (*Pro Hac Vice*)<br>John D. Ramer (*Pro Hac Vice*)<br>COOPER & KIRK, PLLC<br>1523 New Hampshire Avenue, N.W.<br>Washington, D.C.  20036<br>Telephone:  (202) 220-9600<br>Facsimile:  (202) 220-9601<br>ccooper@cooperkirk.com<br><br>*Counsel for Defendants Ron DeSantis, in his official capacity, et al.* |