UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

HONEYFUND.COM, INC., et al.,

    *Plaintiffs*,

v.

RON DESANTIS, in his official capacity as Governor of Florida, et al.,

    *Defendants.*

Case No. 4:22-cv-227-MW/MAF

**NOTICE OF APPEAL**

Notice is hereby given that Defendants RON DESANTIS, in his official capacity as Governor of the State of Florida; ASHLEY MOODY, in her official capacity as Attorney General of the State of Florida; DARRICK D. MCGHEE, in his official capacity as Senior Chair of the Florida Commission on Human Relations ("the Commission"); ANGELA PRIMIANO, in her official capacity as Vice Chair and Commissioner of the Commission; and MARIO GARZA, LIBBY FARMER, JAY PICHARD, LARRY D. HART, MONICA CEPERO, VIVIAN MYRTETUS, DAWN HANSON, KENYATTA MOYE, and PAMELA PAYNE, in their official capacities as Commissioners of the Commission, hereby appeal to the United States Court of Appeals for the Eleventh Circuit from the Order and Opinion granting a

Preliminary Injunction, Doc. 55, entered in this action on the 18th day of August, 2022.

September 16, 2022

Timothy L. Newhall
*Special Counsel*
Complex Litigation
Office of the Attorney General
The Capitol, PL-01
Tallahassee, FL 32399-1050
Telephone: (850) 414-3300
timothy.newhall@myfloridalegal.com

Respectfully Submitted,

s/ Charles J. Cooper
Charles J. Cooper (Bar No. 248070DC)
John D. Ohlendorf (*Pro Hac Vice*)
Megan M. Wold (*Pro Hac Vice*)
John D. Ramer (*Pro Hac Vice*)
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036
Tel: (202) 220-9600
Fax: (202) 220-9601
ccooper@cooperkirk.com
johlendorf@cooperkirk.com
mwold@cooperkirk.com
jramer@cooperkirk.com

*Counsel for Defendants Ron DeSantis, in his official capacity, et al.*