# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

| | |
|---|---|
| **HONEYFUND.COM, INC.**, **PRIMO TAMPA, LLC**, **CHEVARA ORRIN**, and **WHITESPACE CONSULTING, LLC D/B/A COLLECTIVE CONCEPTS, LLC,**<br><br>    Plaintiffs,<br><br>    v.<br><br>**RON DESANTIS**, *in his official capacity as Governor of Florida*; **ASHLEY MOODY**, *in her official capacity as Attorney General of Florida*, **DARRICK MCGHEE**, *in his official capacity as the Chair of the Florida Commission on Human Relations,* et al.<br><br>    Defendants. | Case No. 4:22-cv-227 (MW) (MAF)<br><br>**JOINT MOTION TO STAY ALL PROCEEDINGS PENDING APPEAL** |

The parties jointly move to stay further proceedings in district court pending Defendants' appeal of this Court's decision denying its motion for preliminary injunction.

1.    On June 30, 2022, Plaintiffs moved for a preliminary injunction. ECF No. 18. On August 18, 2022, this Court granted Plaintiffs' motion, ECF No. 55, and

on September 16, 2022, Defendants filed a notice of appeal, ECF No. 59.

2.  The parties agree that the Eleventh Circuit's decision on Defendants' appeal is likely to guide further proceedings in this case, and that staying district court proceedings pending that appeal will preserve the resources of the parties and this Court. *See Landis v. North Am. Co.*, 299 U.S. 248, 254 (1936) ("[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants.").

3.  The parties agree that the preliminary injunction granted by this Court remains in full force and effect, notwithstanding this Joint Motion to Stay All Proceedings Pending Appeal.

For these reasons, the parties jointly request that the Court stay all proceedings in district court pending Defendants' appeal.

## Local Rule 7.1(B) Certification

Consistent with Local Rule 7.1(B), counsel for Plaintiffs conferred with counsel for Defendants in good faith about the relief requested in the motion. Plaintiffs are authorized to represent that Defendants join in this motion.

## Local Rule 7.1(F) Certification

Consistent with Local Rule 7.1(F), this motion contains 199 words.

Dated: September 30, 2022

Respectfully submitted,

By: */s/ Shalini Goel Agarwal*

Shalini Goel Agarwal
Fla. Bar No. 90843
THE PROTECT DEMOCRACY PROJECT
Pennsylvania Ave., NW, Suite 163
Washington, DC  20006
(202) 579-4582
shalini.agarwal@protectdemocracy.org

Sara Chimene-Weiss (*pro hac vice*)
THE PROTECT DEMOCRACY PROJECT
7000 N. 16th St., Suite 120, #430
Phoenix, AZ 85020
Tel: (202) 934-4237
sara.chimene-weiss@protectdemocracy.org

John Langford (*pro hac vice*)
Rachel Goodman (*pro hac vice*)
THE PROTECT DEMOCRACY PROJECT
82 Nassau St., #601
New York, NY 10038
Tel: (202) 579-4582
john.langford@protectdemocracy.org
rachel.goodman@protectdemocracy.org

Douglas Hallward-Driemeier (*pro hac vice*)
ROPES & GRAY LLP
2099 Pennsylvania Ave., NW
Washington, DC 20006-6807
Tel: (202) 508-4776
Douglas.Hallward-Driemeier@ropesgray.com

       Amy Jane Longo (*pro hac vice*)
       ROPES & GRAY LLP
       10250 Constellation Blvd.
       Los Angeles, CA 90067
       Tel: (310) 975-3269
       Amy.Longo@ropesgray.com

       ***Counsel for Plaintiffs***

       By: */s/ Charles J. Cooper*

       Charles J. Cooper
       Fla. Bar No. 248070DC
       John D. Ohlendorf (*pro hac vice*)
       Megan M. Wold (*pro hac vice*)
       John D. Ramer (*pro hac vice*)
       COOPER & KIRK, PLLC
       1523 New Hampshire Avenue, N.W.
       Washington, D.C. 20036
       Tel: (202) 220-9600
       ccooper@cooperkirk.com

       Timothy L. Newhall
       Special Counsel, Complex Litigation
       OFFICE OF THE ATTORNEY GENERAL
       The Capitol, PL-01
       Tallahassee, FL 32399-1050
       Tel: (850) 414-3300
       timothy.newhall@myfloridalegal.com

       ***Counsel for Defendants***