IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**HONEYFUND.COM, INC.,**
et al.,

      *Plaintiffs*,

v.　　　　　　　　　　　　　　　Case No.  4:22cv227-MW/MAF

**RON DESANTIS, in his official**
**Capacity as Governor of Florida,**
et al.,

      *Defendants*.

_____/

## ORDER GRANTING JOINT MOTION TO STAY PROCEEDINGS

This Court has considered, without hearing, the parties' joint motion to stay proceedings pending Defendants' appeal. ECF No. 63. The motion is **GRANTED**. This case is **STAYED** pending resolution of Defendants' appeal.

**SO ORDERED on September 30, 2022.**

                                       **s/Mark E. Walker**
                                       **Chief United States District Judge**