IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 22-13135-HH

HONEYFUND.COM INC,
CHEVARA ORRIN,
WHITESPACE CONSULTING LLC,
d.b.a. Collective Concepts LLC,
PRIMO TAMPA LLC,

                          Plaintiffs - Appellees,

versus

GOVERNOR, STATE OF FLORIDA,
ATTORNEY GENERAL, STATE OF FLORIDA,
SENIOR CHAIR OF THE FLORIDA COMMISSION ON HUMAN RELATIONS,
VICE CHAIR AND COMMISSIONER OF THE COMMISSION,
MARIO GARZA, et al.,

                          Defendants - Appellants.

Appeal from the United States District Court
for the Northern District of Florida

ORDER:

The "Joint Motion for Extensions of Briefing Deadlines" is GRANTED.

Appellees' brief is due January 11, 2023, with the appendix, if any, due seven days from the filing of the brief.

Appellants' reply brief is due February 22, 2023.

                          /s/ Barbara Lagoa
                          UNITED STATES CIRCUIT JUDGE