IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**HONEYFUND.COM, INC.,**
et al.,

    *Plaintiffs*,

v.                                                              Case No. : 4:22cv227-MW/MAF

**RON DESANTIS, in his official**
**Capacity as Governor of Florida,**
et al.,

    *Defendants*.

_____/

## ORDER GRANTING UNOPPOSED MOTION TO CONVERT PRELIMINARY INJUNCTION TO PERMANENT INJUNCTION

This Court has considered, without hearing, Plaintiffs' unopposed motion to convert the preliminary injunction entered on August 18, 2022, into a permanent injunction that applies statewide. ECF No. 78. Defendants do not oppose Plaintiffs' motion for entry of a statewide permanent injunction in light of the Eleventh Circuit's ruling affirming the preliminary injunction. *Id*. at 4 n.1 (agreeing to entry of statewide injunction "in the interest of resolving this litigation expeditiously without the need for further briefing on the merits, and in view of the fact that the Eleventh Circuit's decision in this case would apply statewide as a matter of precedent in any event"); *see also Koe v. Noggle*, 688 F. Supp. 3d 1321, 1363 (N.D. Ga. 2023) (noting that "if a plaintiffs-only injunction issued, follow-on suits by

similarly situated non-plaintiffs based on this Court's order could create needless and 'repetitious' litigation"). Accordingly, Plaintiffs' unopposed motion, ECF No. 78, is **GRANTED**.

The Clerk shall enter judgment stating,

"This Court declares that Fla. Stat. § 760.10(8) (202) violates free speech rights under the First and Fourteenth Amendments to the U.S. Constitution. Defendants, except for Governor DeSantis, are hereby permanently enjoined from implementing, operating, or enforcing Section 760.10(8). This injunction is binding on those Defendants in their official capacities, as well as on their successors, officers, agents, servants, employees, and attorneys, and on those persons in active concert or participation with them. All other remaining claims in this action, except motions for reasonable attorney's fees and costs, are dismissed with prejudice."

This case remains open to address the matter of fees and costs.

**SO ORDERED on July 26, 2024.**

s/Mark E. Walker
**Chief United States District Judge**