# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

HONEYFUND.COM, INC.,
et al.,
      Plaintiffs,
v.                                          CASE NO. 4:22cv227-MW/MAF

RON DESANTIS, in his official
Capacity as Governor of Florida,
et al.,
      Defendants.
_____/

## JUDGMENT

This Court declares that Fla. Stat. § 760.10(8) (202) violates free speech rights under the First and Fourteenth Amendments to the U.S. Constitution. Defendants, except for Governor DeSantis, are hereby permanently enjoined from implementing, operating, or enforcing Section 760.10(8). This injunction is binding on those Defendants in their official capacities, as well as on their successors, officers, agents, servants, employees, and attorneys, and on those persons in active concert or participation with them. All other remaining claims in this action, except motions for reasonable attorney's fees and costs, are dismissed with prejudice.

                                                      JESSICA J LYUBLANOVITS,
                                                    CLERK OF COURT

<u>July 26, 2024</u>                                     s/ *Samantha Buckhalt*
DATE                                                      DEPUTY CLERK