# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

| | |
|---|---|
| **HONEYFUND.COM, INC.**, **PRIMO TAMPA, LLC**, **CHEVARA ORRIN**, and **WHITESPACE CONSULTING, LLC D/B/A COLLECTIVE CONCEPTS, LLC,**<br><br>Plaintiffs,<br><br>v.<br><br>**RON DESANTIS**, *in his official capacity as Governor of Florida*, **ASHLEY MOODY**, *in her official capacity as Attorney General of Florida*, **DARRICK MCGHEE**, *in his official capacity as the Chair of the Florida Commission on Human Relations,* et al.<br><br>Defendants. | Case No. 4:22-cv-227 (MW) (MAF)<br><br>**DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION TO DETERMINE ENTITLEMENT TO ATTORNEY'S FEES AND COSTS** |

Pursuant to this Court's June 14, 2024 Order Appointing Proposed Briefing Schedule (ECF 77), Defendants respond to Plaintiffs' Motion to Determine Entitlement to Attorney's Fees and Costs (ECF 81) by acknowledging that Plaintiffs are prevailing parties within the meaning of 42 U.S.C. § 1988(b) and that the Court, in its discretion, may allow the recovery of a reasonable attorney's fee and costs.

 Dated: August 27, 2024

                          Respectfully submitted,

_/s/ Timothy L. Newhall_
Timothy L. Newhall
Florida Bar No. 391255
Special Counsel
OFFICE OF THE ATTORNEY GENERAL
The Capitol, PL-01
Tallahassee, FL 32399-1050
Tel: (850) 414-3300
timothy.newhall@myfloridalegal.com

**_Counsel for Defendants_**