# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

| | |
|---|---|
| **HONEYFUND.COM, INC.**, **PRIMO TAMPA, LLC**, **CHEVARA ORRIN**, and **WHITESPACE CONSULTING, LLC D/B/A COLLECTIVE CONCEPTS, LLC,**<br><br>　　Plaintiffs,<br><br>　　v.<br><br>**RON DESANTIS**, *in his official capacity as Governor of Florida*, **ASHLEY MOODY**, *in her official capacity as Attorney General of Florida*, **DARRICK MCGHEE**, *in his official capacity as the Chair of the Florida Commission on Human Relations,* et al.<br><br>　　Defendants. | Case No. 4:22-cv-227 (MW) (MAF)<br><br>**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION TO DETERMINE AMOUNTS OF ATTORNEY'S FEES AND COSTS** |

　　Defendants, by and through undersigned counsel and pursuant to N.D. Fla. Rule 7.1, move for a 21-day extension of time within which to respond to Plaintiff's Motion to Determine Amounts of Attorney's Fees and Costs [ECF 84]. Undersigned counsel for Defendants has conferred with Douglass Hallward-Driemeier, counsel for Plaintiff, who has advised that Plaintiffs do not object to this requested extension.

As good cause for granting this unopposed motion, Defendants would show:

1. On August 28, 2024, this Court entered its Order Granting Plaintiff's Unopposed Motion to Determine Entitlement to Fees (Plaintiffs' Motion). [ECF 83] That Order directed Defendants to serve their memorandum in opposition to Plaintiff's motion to determine amount of fees no later than October 28, 2024. *Id.* at 2.

2. Defendants have acknowledged Plaintiff's entitlement to recover reasonable attorney's fees, ECF 82, and intent to negotiate in good faith to resolve Plaintiffs' entitlement to attorney's fees and costs. Defendants are confident that the Parties will be able to amicably resolve Plaintiffs' entitlement without the need for further briefing.

**MEMORANDUM OF LAW**

Federal Rule of Civil Procedure 6(b)(1)(A) provides that "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires." In this case, the Court directed Defendants to submit their memorandum in opposition to Plaintiffs' Motion no later than October 28, 2024. The Defendants have therefore submitted this motion requesting an extension of time to respond to Plaintiffs' motion to determine amount prior to the expiration of the original time set for their response.

Defendants have acted diligently in reviewing and analyzing Plaintiff's Motion and the extensive billing records attached to it, and in obtaining substantial settlement authority from the highest levels of Florida State Government. Defendants have not made any previous requests for extension, and counsel for Plaintiffs does not oppose this request. Certainly no prejudice will result to Plaintiffs or to judicial economy if this requested extension is granted. To the contrary, the interests of the Parties and judicial economy will benefit if the amount of Plaintiffs' fee entitlement can be resolved without the necessity of additional briefing. Under these circumstances, Defendants respectfully submit that this Court should exercise its broad discretion and grant Defendants a 21-day extension of time to submit a memorandum in opposition to Plaintiffs' Motion. *Kane v. Eli Lilly and Co.,* No. 8:19-cv-2698-F-60-JSS, 2021 WL 2934532 (M.D. Fla. Jan. 4, 2021).

        Respectfully submitted,

        By: */s/ Timothy L. Newhall*
        Timothy L. Newhall
        Florida Bar No. 391255
        Special Counsel
        OFFICE OF THE ATTORNEY GENERAL
        The Capitol, PL-01
        Tallahassee, FL 32399-1050
        Tel: (850) 414-3300
        timothy.newhall@myfloridalegal.com
        **Counsel for Defendants**