# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

| | |
|---|---|
| **HONEYFUND.COM, INC.**, **PRIMO TAMPA, LLC**, **CHEVARA ORRIN**, and **WHITESPACE CONSULTING, LLC D/B/A COLLECTIVE CONCEPTS, LLC,**<br><br>    Plaintiffs,<br><br>    v.<br><br>**RON DESANTIS**, *in his official capacity as Governor of Florida*, **ASHLEY MOODY**, *in her official capacity as Attorney General of Florida*, **DARRICK MCGHEE**, *in his official capacity as the Chair of the Florida Commission on Human Relations,* et al.<br><br>    Defendants. | Case No. 4:22-cv-227 (MW) (MAF)<br><br>**DEFENDANTS' RESPONSE TO OCTOBER 28, 2024 ORDER GRANTING UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFFS' MOTION TO DETERMINE AMOUNTS OF ATTORNEYS' FEES AND COSTS AND NOVEMBER 19, 2024 NOTICE OF ACTION REQUIRED** |

Pursuant to this Court's October 28, 2024 Order Granting Unopposed Motion to Extend Time to Respond to Plaintiffs' Motion to Determine Amounts of Attorneys' Fees and Costs (ECF 86) and November 19, 2024 Notice of Action Required by District Judge, Defendants respectfully submit the following:

1.  On November 4, 2024, the parties agreed to settle Plaintiff's entitlement to attorneys' fees and costs for the total amount of $725,000.00.

2.  The parties have further agreed that the State of Florida shall have 30 days to make payment of the agreed amount directly to counsel for Plaintiff given the State's authorization and accounting requirements.

3.  Counsel for Plaintiff has provided counsel for Defendants with all information necessary for the State to issue payment of $725,000.00 divided between Ropes & Gray LLP and Protect Democracy Project as instructed once all required authorizations have been obtained.   Dated: November 19, 2024

Respectfully submitted,

By: */s/ Timothy L. Newhall*
Timothy L. Newhall
Florida Bar No. 391255
Special Counsel
Complex Litigation Bureau
OFFICE OF THE ATTORNEY GENERAL
The Capitol, PL-01
Tallahassee, FL 32399-1050
Tel: (850) 414-3300
Timothy.Newhall@myfloridalegal.com
**Counsel for Defendants**