**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**HONEYFUND.COM, INC.,**
**et al.,**

        *Plaintiffs*,

 v.                           **Case No.: 4:22cv227-MW/MAF**

**RON DESANTIS, in his official**
**Capacity as Governor of Florida,**
**et al.,**

        *Defendants*.

_____/

## ORDER ON SETTLEMENT

Defendants have filed a notice, ECF No. 87, indicating that the parties have settled the amount of attorneys' fees and costs to which Plaintiffs are entitled. Accordingly,

**IT IS ORDERED**:

1.  The parties must comply with their settlement agreement.

2.  All claims other than for enforcement of the settlement agreement are voluntarily dismissed with prejudice under Federal Rule of Civil Procedure 41.

3.  Jurisdiction is retained to enforce the order to comply with the settlement agreement.

4.  The Clerk must enter judgment stating, "The parties are ordered to comply with their settlement agreement. The court reserves jurisdiction to enforce the order to comply with the settlement agreement."

5. Plaintiffs' motion to determine amount of attorneys' fees and costs, ECF No. 84, is **DENIED as moot.**

6.  The Clerk must close the file.

7.  A party who objects to the terms of this order or the judgment to be entered based on this order must file a timely motion to alter or amend under Federal Rule of Civil Procedure 59(e).

**SO ORDERED on November 19, 2024.**

**s/Mark E. Walker** 
**Chief United States District Judge**

2